THE STATE v. HARRY HARMON, Appellant.

Division Two, June 8, 1909.

NO BILL OF EXCEPTIONS. Where no bill of exceptions was filed by defendant in his appeal from a judgment adjudging him guilty of manslaughter in the fourth degree, under an indictment charging him with murder in the second degree, and the record proper is free from error, the judgment will be affirmed.

Appeal from St. Louis City Circuit Court.—*Hon. Moses N. Sale*, Judge.

AFFIRMED.

*Elliott W. Major*, Attorney-General, and *John M. Atkinson*, Assistant Attorney-General, for the State.

(1) The information, which was duly verified, is sufficient in form and substance. Sherwood's Crim. Law, p. 34; Kelley's Crim. Law (2 Ed.), sec. 474; State v. Bradford, 156 Mo. 95; State v. McGinnis, 158 Mo. 116. (2) The arraignment, verdict and the sentence and judgment are shown by the record proper. There is nothing before this court, except the record proper, and no error appearing therein, the judgment should be affirmed. State v. Nicholas, 193 Mo. 214; State v. Sparks, 191 Mo. 162.

BURGESS, J.—On May 3, 1906, the assistant circuit attorney of the city of St. Louis filed an information charging the defendant with murder in the first degree for the killing of one John Mitchell, with a pistol, on the 26th day of April, 1906. Thereafter, on January 16, 1907, upon trial had, the defendant was found guilty of manslaughter in the fourth degree, and his punishment assessed at imprisonment in the penitentiary for a term of two years. In due time he filed motions for a new trial and in arrest of judgment, which were overruled, whereupon he appealed.

No bill of exceptions having been filed in this case, there is nothing before the court for review save the record proper.

The defendant is not represented in this court. We have, however, carefully examined the record proper, and find it free from error. The judgment should be affirmed. It is so ordered.

All concur.